AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Ariksnight Arkin-Everett Winfree | ) | 1:23-mj-31 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October-December, 2022_____ in the county of _____Ingham_____ in the _____Western_____ District of _____Michigan_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201(a)(1) | Kidnapping. |
| 18 U.S.C. § 2251 | Sexual Exploitation of a Child. |

This criminal complaint is based on these facts:

See Attached Continuation.

☑ Continued on the attached sheet.

The Court processed the complaint remotely. The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail). The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

*Complainant's signature*

Christopher Rodolico, SA FBI
*Printed name and title*

Date:    January 23, 2023

*Judge's signature*

City and state:   Grand Rapids, Michigan

Sally J. Berens, U.S. Magistrate Judge
*Printed name and title*