## AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, Christopher J. Rodolico, a Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I have been employed as a Special Agent of the FBI since 2009 and am currently assigned to the Detroit Division Lansing Resident Agency (LARA). Since becoming a Special Agent, I have worked violations including Kidnapping, Identity Theft, Fraud, and Crimes Against Children.  Prior to becoming an FBI Special Agent, I was employed as an Engineer for 11 years.

2.     My duties include the investigation of alleged violations of federal criminal laws, including Kidnapping (18 U.S.C. § 1201(a)(1)) and Sexual Exploitation of a Child (18 U.S.C. § 2251). As a result of my participation in this investigation, I submit that there is probable cause to believe that **ARISKNIGHT ARKIN-EVERETT WINFREE (WINFREE)**, committed these offenses.

3.     I make this affidavit based upon personal involvement in the subject criminal investigation. I have also been provided with information from other law enforcement agents and officials.  This affidavit does not contain all the facts developed to date in the underlying investigation and is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant.

## SUMMARY OF INVESTIGATION

### A.S.

4.      On September 16, 2022, East Lansing Police Department (ELPD) was dispatched to 343 Highland Avenue (343 Highland), East Lansing, Michigan (MI) in reference to a check welfare call involving a female at 343 Highland. The reporting party advised that her sister, A.S., was at the address with a male, and the male was making A.S. nervous. While enroute to 343 Highland, responding officers called A.S. and spoke with her over the phone. The responding officer noted that A.S. appeared distraught and crying during the call. A.S. requested officers come to the residence and wait while she removed her possessions

5.      Upon arrival, officers knocked on the door, which was answered by an unknown Asian male. The officers estimated the male to be in his early 30's and noted he was wearing a white robe. The officers requested that the male contact A.S. and have her exit the residence. A.S. exited the residence carrying a suitcase and a backpack. Officers observed cameras surrounding the residence. Officers also noted that all the windows were covered with paper.

6.      A.S. advised officers that she met the Asian male on a website called AuPair.com. AuPair.com is a website dedicated to connecting families with childcare providers such as nannies. A.S. travelled from Kansas to meet him, and she believed she was traveling to watch his niece. After arriving, A.S. did not observe any items inside the residence that indicated there was a child living there, such as clothes or baby toys. A.S. observed approximately seven firearms inside 343 Highland and described them as

"machine guns." A.S. said the male identified himself as "Stryker" and advised he used the social media alias Hunter Tiberius. A.S. told detectives there were cameras covering every angle of the interior of the home including her bedroom. A.S. advised ELPD detectives there were no pictures inside the residence indicating the male had a family.

7.　　A.S. advised that Stryker asked her if she was good at giving massages and asked A.S. to rub his shoulders. A.S. did not feel comfortable giving the male a massage.

8.　　A.S. advised she was 18 years old, and Stryker knew she was 18 years old. Stryker told A.S. she should get a fake identification and offered to take A.S. "out." Stryker offered A.S. alcohol.

9.　　ELPD subsequently identified the Asian male, at 343 Highland, as WINFREE.

## S.D.

10.　　On approximately October 21, 2022, ELPD was contacted via telephone by an individual who identified herself as Jennifer Hill (Hill). Hill advised ELPD that a criminal sexual assault had occurred in East Lansing, Michigan and that the victim was now in Italy. Hill advised the victim met the subject on AuPair.com. Hill sent social media profile photos of an Asian male, who she identified as the perpetrator. Hill identified WINFREE by sending his linkedin profile, which is for "arisknight-stryker," and the City of East Lansing tax assessor's website, which identified the property owners as Arisknight Winfree and his mother. Hill also sent a Google maps screen shot identifying 343 Highland as the location where the assault occurred.

11.      Hill requested to set up a telephone call between the victim and ELPD. On October 27, 2022, ELPD detectives contacted Hill and requested to conduct the interview via telephone. On October 28, 2022, an ELPD detective attempted to conduct a telephone interview with the victim, but the interview could not be accomplished because the victim spoke Italian and investigators did not have a translator at that time.

12.      ELPD contacted the FBI LARA and requested assistance. An FBI search of travel records revealed a female party identified as S.D. who traveled from Italy to Detroit, Michigan, during the time frame of the alleged sexual assault incident.

13.      On November 29, 2022, ELPD received the following complaint via an online police complaint portal:

"Around mid-February I registered on www.aupair.com I filled out the initial questionnaire and then they accepted my profile. I was able to search for US families looking for au pairs for the first few days, but then I started searching using another website www.workaway.www . On this second website, I entered into contact with US families, until I had found one that reflected my search criteria. But then they had explained to me that it was very difficult obtaining a visa because, as they explained to me, I was going to volunteer, but the US administration sees this as illegal work. Therefore, I decided to go back to the first website (www.aupair.com) which from what I had been told was the safest. From mid-August 2022 to early September 2022, I wrote to several families again, but no one had answered.

**SEPTEMBER 5, 2022**

On September 5, I received a message from a "family" named "AK". The message was:

"Hi, we think you'd be a great fit. We live in USA East Lansing MI, are 1 hour and a half from the beaches, and often travel. please message me on whatsapp. +1-734-510-3594. We can discuss everything in detail there. Message me your full name, your instagram, what date you can come, how long you want to come for, and how you will be paying for your plane flight to the USA (I.e. your parents/grandparents/ yourself), and if you already have a passport or still need to apply for one. Please let us know how much allowance you want per week for pay. We cover all your expenses when you come.

My name is Stryker. We are looking to fill the position immediately. Posted : 05 Sep. 2022" After that message, we started talking on Whatsapp and Instagram the same day. On Instagram, his account was "hunter_tiberius" and introduced himself as "Stryker".

### SEPTEMBER 8, 2022

After the September 8 video-call, Stryker sent me the link to apply for an ESTA and we were in touch often. Stryker sent me several photos and videos mainly of his dog, then of his lake beach house. After that I sent him the picture of the airflight ticket (for October 11, 2022). I asked him if he would come to the airport to pick me up. He told me that he would not be able to pick me up but I would arrive to his home safely. In fact, he instructed me to buy a bus ticket (with "Michiganflyer" and he would reimburse me.)

### TUESDAY, OCTOBER 11, 2022

Stryker and I agreed that I would write to him when I was at the airport in Milan, then in New York and finally in Detroit. He wrote to me that once he knew that I had landed in Detroit he would leave to pick me up at the East Lansing (MI) bus stop. BACKGROUND: On September 8, 2022 Stryker told me to apply for an ESTA for the duration of 3 months and to say at the US immigration authorities that I was visiting for tourism.

On October 11, 2022, I arrived at JFK Airport in New York. I went through CBP and I was stopped for further investigation. They doubted the reason of my entry. CBP held me for further questioning: they wanted to know the reason of my entry, whether my parents knew about this trip, how much money I was bringing with me, and why I was staying for 3 months. They asked me for the name of my au pair host (Stryker) and gave them his phone number. CBP tried to call him with no success. In the meanwhile because of the questioning, I lost my connecting flight. I told the CBP officers that I was there as an au pair but Stryker instruct me to bypass the visa application. After approximately two hours, I was release and admitted into the US and went to the gate to board on the next flight to Detroit. I informed Stryker that I would land in Detroit at around 11pm of the same day. I arrived in Detroit and decided to spend the night there.

### WEDNESDAY 12, 2022

On October 12, Stryker arrived around 9:15am and drove me to his home (343 Highland Ave, East Lansing MI 48823). I immediately noticed that his house windows were covered with newspapers.

### THURSDAY 13, 2022

I woke up around 7:00 am, and Stryker asked me to do some home chores. While cleaning I realized that he installed cameras all around his house. After some afternoon

errands, I went to my room to take a shower. Stryker came in and asked to go down wearing my bathrobe only. I refused. He insisted firmly. I was afraid. Unwillingly, I did what he asked for. I went to his bedroom. Here, he started touching my legs. I rejected his approach. Stryker went behind me and put his arm around my neck. I stand holding his right arm but I was subjugated and he was able to grab my arms, and handcuff me behind my back. I was afraid and he ordered me to stay still and be quite. I felt I was dying. He put his hand on my nose and mouth and then placed a gag ball on my mouth. Even if I was laying down on my belly, I realized Stryker started taking pictures. He also started touching my genitals. He asked me whether I consented to him touching me and whether I liked that. I was afraid and said yes. He continued taking pictures and/or video. He pulled my hair and forced me to consent to what he was doing. He asked me to repeat "I do like it", "I do", "yes" several times while he was filming and taking pictures. When he removed the gag ball, I saw my blood on the pillow. He brought me upstairs into an empty room. This room had a camera. I was still handcuffed. He put me down and I fell injuring my left shoulder. From a closet he pulled a bag filled with sex toys. He tied my legs with a towel and placed another cloth on my face. He started penetrating me with the various sex toys. He was still asking me to consent to this, asking me to repeat that I like it. He slapped my butt repeatedly. For the first time in my life, I prayed to God. He turned me on my back and asked me to have a full sexual intercourse so he could ejaculate inside me. He asked me to loudly incite him to continue in the sexual act. After that, I asked him again I wanted to go back home (in Italy). He instructed me not to say anything to anyone. He intimidated me when he said that he worked for the US government.

During all this he sequestered my phone, wallet, and Ipad. He left me in that room with the towel and a sweater. I was still handcuffed and my feet tied. I spent the night there.

### FRIDAY OCTOBER 14, 2022

Around 2:00am, he came into the room and freed me. At around 2:30am he drove me to the East Lansing bus stop to take the 3:30am bus to the Detroit airport. At the bus stop I was able to call my boyfriend in Italy and told him what happened. At around 5:30am, I arrived at the Detroit Airport.

### SATURDAY OCTOBER 15, 2022

I arrived home and went straight to the ER (Cles Hospital, Trento, Italy) and received medical treatment."

14.     On November 30, 2022, ELPD and the FBI had telephone contact with a

New York based attorney who identified himself as Luca Melchionna (Melchionna).

Melchionna advised that he was representing S.D. and wanted to allow investigators to question S.D. via telephone about the online report S.D. submitted.

15.  On January 10, 2023, FBI agents interviewed S.D., who provided an account of how she met, and was later sexually assaulted by, WINFREE.

16.  S.D. stated WINFREE lied to her about the address where she stayed with him. He provided her an address to use on her Electronic System for Travel form (ESTA) that was not 343 Highland.  She only realized this lie when she was using her cellular telephone to determine WINFREE's actual address.

17.  S.D. stated WINFREE informed her, upon her arrival, she would be caring for WINFREE's niece two weeks per month.  S.D. never physically saw this niece and did not see evidence of a child living at 343 Highland.

18.  S.D. stated she never indicated she was interested in a romantic relationship with WINFREE or anyone else while in the United States. S.D. told WINFREE she had a boyfriend.

19.  S.D. provided additional details of the sexual assault that WINFREE perpetrated on her.  She stated on her second day at 343 Highland, WINFREE forcibly handcuffed her and placed a ball-gag in her mouth.  WINFREE then started videoing her with his cellular telephone.  He instructed her to make statements indicating consent and then videoed her repeating those statements.

20.  S.D. stated the sexual assault moved to an upstairs bedroom where WINFREE removed a bag of sex toys from a closet in the bedroom.  She provided details of being vaginally penetrated with a white, corded vibrator as well as a "plastic penis."

- 7 -

21.     S.D. stated WINFREE left her handcuffed with her legs tied in the room until early the next morning.

22.     S.D. stated at approximately 2:30 AM on her third day (October 14, 2022), following the assault, WINFREE drove her to the bus station in East Lansing, MI, and paid for a bus ticket to the Detroit International Airport. Prior to dropping S.D. at the bus station, WINFREE stole all her money and removed the SIM card from her cellular telephone.

**MV1**

23.     On November 30, 2022, ELPD received a report of a 17-year-old, high school student being picked up from a local high school and transported back to the residence of an adult male for sexual intercourse. On December 1, 2022, ELPD and the FBI interviewed the 17-year-old high school student's father M.C. and mother S.C.  M.C. advised that on November 30, 2022, his daughter MINOR VICTIM 1 (MV1), date of birth XX/XX/2005, was not at the agreed upon location to be picked up after school.

24.     M.C. and S.C. made multiple calls to MV1 and were unable to contact her for several minutes. When M.C. finally had contact with MV1, MV1 advised she was traveling in a male's car and was on the way to meet S.C. to be picked up. MV1 was dropped off away from S.C.'s location and walked to S.C.'s car. S.C. did not see who dropped off MV1. MV1 told M.C. that she had met an adult male online and had been talking to the adult male for approximately two months. On November 30, 2022, the male picked up MV1 at her high school and transported MV1 back to his residence. MV1 only knew the male by his Instagram profile "Hunter_Tiberious." MV1 referred to the male as

"Hunter." MV1 said Hunter drove a red Porsche and had a blue/gray color BMW at his residence. MV1 advised the residence was located in East Lansing, near the Hannah Center.

25.     MV1 went into Hunter's residence and played with Hunter's dog for a time and then went into Hunter's bedroom. Hunter and MV1 engaged in sexual intercourse. MV1 told Hunter to stop, and they ceased having intercourse and cuddled for a time. MV1 described the intercourse as consensual.

26.     On December 2, 2022, M.C. brought MV1's cellphone into the FBI LARA in order to have a forensic exam done on the phone. M.C. signed a written consent form allowing FBI personnel to conduct a forensic download of the phone. A cursory review of the data on MV1's phone revealed photos of MV1 in various stages of undress and photos of MV1 masturbating with her fingers and objects. Based on my training and experience these images constitute child pornography. The photos were taken between November 18, 2022, and November 30, 2022. The photos were found to have been deleted from their original storage area. Investigators also noted text messages on Instagram from MV1 to HUNTER_TIBERIOUS on November 30, 2022. The text messages contained images, but the images were deleted from the messages and could not be viewed.

27.     On December 5, 2022, M.C. and MV1 came into ELPD and told detectives that MV1 sent the pornographic images from her phone to HUNTER_TIBERIOUS via Instagram.

28.     MV1 provided investigators with the following picture of HUNTER_TIBERIOUS from his Instagram account:



29.     I have also reviewed Michigan Driver's License photos for WINFREE which is picture below:



30.     Agents observed the social media profile photo and the Michigan Driver's License photo is the same Asian male, WINFREE.

31.     Record checks for vehicles registered to WINFREE indicated that he owns a 2021 Porsche Boxster registered to 343 Highland. On December 5, 2022, Agents observed a BMW car parked at 343 Highland under a carport. The BMW matched MV1's description of the BMW she observed at the residence.

**Aupair.com Records**

32.     FBI requested AuPair.com provide account profiles for AK Stryker and

AuPair.com provided the following screenshot of the account information:





33.     The above AuPair.com information shows that WINFREE was misleading in using "*we*," "when you are here *with the family*," and "and of course *we* pay for everything as well" indicating a family and/or plural members of a household.  Based on the reports of A.S., S.D., and MV1, there are no indications of there being any others residing or occupying the 343 Highland residence.  Additionally, when FBI executed a search warrant at 343 Highland as explained below, it appeared that only WINFREE resides at the location. WINFREE also indicates that "*we* cover everything else when you are here with the family including food, living arrangements, health insurance, cell plan,

basic transportation, etc."  Additionally, it states "*we* will pay for everything, as well as give you a weekly/monthly stipend/allowance."

## Search Warrant at 343 Highland

34.     On December 12, 2022, FBI executed a federal search warrant at the 343 Highland address in Western District of Michigan Case No. 1-22-MJ-499.  WINFREE was present during search.

35.     During the search, FBI seized 73 items, including ten firearms, 79.44 grams of suspected cocaine, sexual stimulation devices (including a bag of sex toys from an upstairs bedroom closet, a white corded vibrator, multiple dildos (or plastic penises)), ball gags, and several electronic devices (such as cellular and other computer devices).

36.     The suspected cocaine was packaged in 3 separate bags. Agents also located a digital scale, coffee grinder with suspected cocaine residue, and a bag of an unknown substance which contained 3.86 grams of suspected, unidentified narcotics. Based on my training and experience, the quantity of the suspected cocaine, the fact that it was located in 3 separate bags, the presence of a digital scale and coffee grinder, and the presence of multiple firearms inside the residence is consistent with drug trafficking.

37.     The seized electronic items from the search warrant at 343 Highland were and are still in the process of being searched.  Some of those items are being processed for DNA.

38.     On a video surveillance camera, located within a bedroom, still photographs were located of MV1, engaged in sexual intercourse with WINFREE. Those images are not included here because they constitute child pornography.

39.     On a cellular telephone, located at the 343 Highland address, multiple photographs were found of S.D. naked or in compromising positions.  In one video, S.D. is handcuffed behind her back, face down, with a ball-gag in her mouth.  WINFREE can be heard several times saying, "You like it?"  S.D. mumbles in response, inaudibly, while WINFREE says, "Yes?".  Blood can be seen on the pillowcase by S.D.'s face. One photo of S.D. appears to show semen on her skin near her vagina. The photo is taken from behind and depicts S.D.'s vaginal area. S.D. does not appear to be actively participating in the sexual assault. In some of the videos she is lying on her back and only repeating what WINFREE instructs her to repeat.

40.     Agents performed a cursory search of one of the phones seized during the search warrant. On that phone, multiple screenshots of S.D. and WINFREE's conversations were observed, in the photo gallery section. The conversations consist of planning S.D.'s trip to the United States. A sample of the screenshots is depicted below:



41.     On the referenced telephone, messenger conversations were located between WINFREE, and a contact listed as "0 Cesar." Agents conducted law enforcement database checks on the phone number for 0 Cesar, and it resolved to WINFREE's friend Paul Heiselman (Heiselman).   The messages reference finding more au pairs and Winfree's sexual intercourse with MV1.

42.     On the referenced telephone, multiple videos of MV1 and WINFREE engaged in sexual intercourse were found. In the photo gallery section of the phone, screenshots of conversations with MV1 were observed. A sample of the screenshots are depicted below:



The below photo below depicts MV1's high school and was located on WINFREE's phone:



43.     Some of the videos of MV1 and S.D. appear to have been distributed via

Snapchat.  Agents clicked on the detail information on some of the photos and videos and

the source appeared to be Snapchat. This would indicate they were possibly sent over

social media. Specifically, videos of MV1 engaged in sexual acts with WINFREE appear

to have been sent via Snapchat.

**MV2**

44.     On the referenced telephone, conversations between WINFREE, and an individual, who Agents believe to be another minor, were observed. This person provided WINFREE her address and telephone number. Based on the information provided and research via law enforcement databases, agents believe MV2's DOB is XX/XX/2006. The messages are sexual in nature. WINFREE is asking MV2 to send nude photos. Some of the messages are depicted below:



The below message was sent from WINFREE to HEISELMAN discussing MV2.



As seen above, WINFREE says he needs MV2 to bring him and Heiselman other "hs girls." From my training and experience, I know that "hs girls" is a reference to "high school girls."

**Discussion of Narcotics Trafficking**

45.     On the referenced telephone, conversations and photographs indicative of narcotics distribution were also observed in the photo gallery section of the phone. A sample of the screenshots are depicted below:





Based on my training and experience a "plug" refers to a narcotics supplier. The term "bet" is an affirmative slang term agreeing with the above message.

46.     The below photo appears to have been taken using the camera on WINFREE's phone and appears to depict the breakdown of cocaine for trafficking.



47.     At this point in the investigation, agents have only been able to complete

a cursory review of the electronic evidence.

## **CONCLUSION**

48.     Based on the forgoing, I submit that there is probable cause to believe that

**ARISKNIGHT ARKIN-EVERETT WINFREE** has committed federal crimes, including

Kidnapping (18 U.S.C. § 1201(a)(1)) and Sexual Exploitation of a Child (18 U.S.C. § 2251).