UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

No.    1:23-mj-31

v.

COMPLAINT
**PENALTY SHEET**

ARISKNIGHT ARKIN-EVERETT WINFREE,

        Defendant.
_____/

Kidnapping – 18 U.S.C. § 1201(a)(1)

**Maximum Imprisonment:**  Life [18 U.S.C. § 1201(a)]

**Maximum Fine**: $250,000
[18 U.S.C. § 3571; 18 U.S.C. § 3559, Class A Felony]

**Minimum Supervised Release:** 5 Years [18 U.S.C. § 3583]

**Maximum Supervised Release:** Life [18 U.S.C. § 3583]

**Special Assessments**: $100 [18 U.S.C. § 3013]

**Restitution**:  Mandatory [18 U.S.C. § 3663A]

Production of Child Pornography – 18 U.S.C. § 2251

**Minimum Imprisonment:** 15 Years [18 U.S.C. § 2251(e)]

**Maximum Imprisonment:**  30 Years [18 U.S.C. § 2251(e)]

**Maximum Fine**: $250,000 [18 U.S.C. § 3571; 18 U.S.C. § 3559, Class B Felony]

**Minimum Supervised Release:** 5 Years [18 U.S.C. § 3583]

**Maximum Supervised Release:** Life [18 U.S.C. § 3583]

**Special Assessments**: $100 + $5,000 + up to $50,000 [18 U.S.C. §§ 3013, 3014, 2259A]

**Restitution**:  Mandatory [18 U.S.C. § 3663A]

**Other**:  Sex Offender Registration


Date:  January 23, 2023                                      /s/ Davin M. Reust
                                                             Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046