# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

| USA v. | Arisknight Arkin-Everett Winfree | Mag. Judge: | Sally J. Berens |

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-mj-00031-SJB | 1/26/2023 | 2:03 PM - 2:07 PM | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Davin Maitland Reust | Helen C. Nieuwenhuis | FPD Appointment |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Complaint | Read __<br>Reading Waived __ |

### TYPE OF HEARING
- __ First Appearance
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Initial Pretrial Conference
- ✓ Detention   (waived ✓)
- ✓ Preliminary   (waived ✓)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- ✓ Waiver of Preliminary Hearing
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- ✓ Order of Detention
- __ Order to file IPTC Statements
- ✓ Bindover Order
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
__ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:   __ Yes __ No
Defendant informed of right to appeal:   __ Yes __ No
Counsel informed of obligation to file appeal: __ Yes __ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ _____ |

**CASE TO BE:** Set for Hearing before Mag. Judge   **TYPE OF HEARING:** Arraignment/IPTC if Indicted

**Reporter/Recorder:** Digitally Recorded   **Courtroom Deputy:** J. Norton