UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

No.    1:23-cr-00015

v.

INDICTMENT
**PENALTY SHEET**

ARISKNIGHT ARKIN-EVERETT WINFREE,

        Defendant.
_____/

Count 1: Kidnapping – 18 U.S.C. § 1201(a)(1)

**Maximum Imprisonment:**  Life [18 U.S.C. § 1201(a)]

**Maximum Fine**: $250,000 [18 U.S.C. § 3571; 18 U.S.C. § 3559, Class A Felony]

**Maximum Supervised Release:** 5 Years [18 U.S.C. § 3583]

**Special Assessments**: $100 [18 U.S.C. § 3013]

**Restitution**:  Mandatory [18 U.S.C. § 3663A]


Counts 2-3: Coercion & Enticement – 18 U.S.C. § 2422(a)

**Maximum Imprisonment:**  20 Years [18 U.S.C. § 2422(a)]

**Maximum Fine**: $250,000 [18 U.S.C. § 3571; 18 U.S.C. § 3559, Class C Felony]

**Minimum Supervised Release:** 5 Years [18 U.S.C. § 3583]

**Maximum Supervised Release:** Life [18 U.S.C. § 3583]

**Special Assessments**: $100 + $5,000 [18 U.S.C. § 3013, 3014]

**Restitution**:  Mandatory [18 U.S.C. § 3663A]

**Other**:  Sex Offender Registration

**Forfeiture**

<u>Counts 4-5: Sexual Exploitation of a Minor – 18 U.S.C. § 2251</u>

**Minimum Imprisonment:** 15 Years [18 U.S.C. § 2251(e)]

**Maximum Imprisonment:**  30 Years [18 U.S.C. § 2251(e)]

**Maximum Fine**: $250,000 [18 U.S.C. § 3571; 18 U.S.C. § 3559, Class B Felony]

**Minimum Supervised Release:** 5 Years [18 U.S.C. § 3583]

**Maximum Supervised Release:** Life [18 U.S.C. § 3583]

**Special Assessments**: $100 + $5,000 + up to $50,000 [18 U.S.C. §§ 3013, 3014, 2259A]

**Restitution**:  Mandatory [18 U.S.C. § 3663A]

**Other**:  Sex Offender Registration

**Forfeiture**


Date:  February 14, 2023                                  /s/ Davin M. Reust                        
                                                                       Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046