EXHIBIT C

August 3, 2024

Hon. Hala Y. Jarbou

Chief Judge, Western District Court

Michigan Southern Division

My name is Dean Kung. ArisKnight Winfree is my nephew. I am familiar with the facts of his case. As a member of his extended family, I am committed to supporting him through the judicial process, his sentence, and his life's journey after he is released.

ArisKnight Winfree is scheduled for sentencing on October 1st, 2024. I am respectfully requesting your leniency in his sentencing due to his diagnosis of Type 1 Bipolar Disorder, which has significantly impacted his behavior and decision-making abilities.

Arisknight Winfree was kind and caring throughout his childhood and early teens. But he began having mood swings and grew increasingly distant and difficult to connect with in his late teens and twenties. Unfortunately, his bipolar condition was only diagnosed within the past year while in federal custody. I believe his bipolar disorder has negatively influenced his emotional and cognitive functioning for a long time, leading up to and contributing to the situation at hand. Otherwise, his life might well be different. During the past year, with the help of medication, he has shown a commitment to treatment and rehabilitation.

Understanding the gravity of his actions, ArisKnight Winfree is remorseful and is taking active steps to deal with this disorder, face his mistakes, and correct and improve his life. A lenient sentence, focusing on continued medical and therapeutic treatment would greatly assist in his rehabilitation and reintegration into society.

We, as a family, are dedicated to supporting ArisKnight Winfree through his journey to recovery and ensuring he adheres to all court-ordered requirements. We believe in his potential to overcome these challenges and contribute positively to the community.

Thank you for considering this request for leniency, we trust in your judgment and hope for a sentence that reflects not only justice but also compassion and understanding of ArisKnight Winfree's ongoing struggle with bipolar disorder.

Sincerely

Dean Kung