*United States v. Arisknight Arkin-Everett Winfree*

1:23-cr-00015

Attachment C

PNC Bank Statement
11/18/2022-12/16/2022

Exhibit C



# Virtual Wallet With Performance Select Statement

PNC Bank

Page 1 of 3
Primary account number: ▮▮▮▮▮▮-3429

**For the period**   11/18/2022   to   12/16/2022

Number of enclosures:   0

DAVID WINFREE
JEAN KUNG WINFREE POD
LISAUREL WINFREE

For 24-hour banking, and transaction or interest rate information, sign-on to
PNC Bank Online Banking at pnc.com

For customer service call 1-888-PNC-BANK
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at pnc.com

## Virtual Wallet With Performance Select Account Summary

**Account number:** ▮▮▮▮▮▮-3429

DAVID WINFREE
Jean Kung Winfree POD
Lisaurel Winfree

**Overdraft Protection** has not been established for this account.
   Please contact us if you would like to set up this service.
Overdraft Coverage
- Your account is currently
Opted-Out.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 33,618.34 | 116,964.75 | 16,602.59 | 133,980.50 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 42,380.18 | .00 |

### Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 1 | 1 | 4 |

| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
|---|---|---|
| 0 | 0 | 0 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 29 | 39,025.32 | .31 |

As of 12/16, a total of $5.78 in interest was paid this year.

## Activity Detail

### Deposits and Other Additions

There were 17 Deposits and Other Additions totaling $116,964.75.

| Date | Amount | Description |
|---|---|---|
| 11/18 | 2,000.00 | Zel From Arisknight Winfree |
| 11/18 | 30.00 | Mobile Deposit Reference No. ▮▮▮▮ 3979 |
| 11/22 | 45.00 | Direct Deposit - Cashout Venmo XXXXXXXXX5036 |

Deposits and Other Additions continued on next page

# Virtual Wallet With Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

**For the period**   11/18/2022 to 12/16/2022
DAVID WINFREE
**Primary account number:**   ▇▇▇-3429
Page 2 of 3

**Account Number:** ▇▇▇-3429 - continued

## Deposits and Other Additions   - continued

| Date | Amount | Description |
|---|---|---|
| 11/22 | 1,086.72 | Online Transfer From ▇▇▇ 1808 |
| 11/25 | 2,000.00 | Mobile Deposit Reference No. ▇▇ 5816 |
| 11/28 | 4,000.00 | Deposit Reference No. ▇▇ 4471 |
| 12/01 | 2,249.23 | Direct Deposit - Direct Dep BLUE CROSS BLUE XXXXXXXXX2628V1 |
| 12/01 | 100.00 | ACH Web Pmt-Rec- Popmoney ARKINKNIGHT W CK ARKINKNIGHT . W |
| 12/02 | 600.00 | Twh Transfer From ▇▇ 1055 |
| 12/02 | 2,104.26 | Mobile Deposit Reference No. ▇▇ 8429 |
| 12/02 | 2,000.00 | Zel From Arisknight Winfree |
| 12/05 | 1,100.00 | Zel From Arisknight Winfree |
| 12/13 | 200.00 | Direct Deposit - Cashout Venmo XXXXXXXXX3905 |
| 12/15 | 2,249.23 | Direct Deposit - Direct Dep BLUE CROSS BLUE XXXXXXXXX1228V1 |
| 12/16 | 7,700.00 | Deposit Reference No. ▇▇ 5416 |
| 12/16 | 89,500.00 | Deposit Reference No. ▇▇ 4533 |
| 12/16 | .31 | Interest Payment |

## Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number |
|---|---|---|---|
| 8722 | 60.00 | 11/21 | ▇▇ 2952 |

There is 1 check listed totaling $60.00.

## Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|---|---|---|
| 11/21 | 89.33 | POS Purchase Trader Joe S # Ann Arbor Mi |
| 11/21 | 17.99 | 9419 Debit Card Purchase Sparrow Market |
| 11/21 | 14.83 | POS Purchase Aldi 67052 Ann Armor Mi |
| 12/05 | 74.29 | POS Purchase Trader Joe S # Ann Arbor Mi |
| 12/12 | 87.75 | POS Purchase Trader Joe S # Ann Arbor Mi |

There were 4 Debit Card/Bank card PIN POS purchases totaling $266.20.

There was 1 other Banking Machine/Debit Card deductions totaling $17.99.

## Online and Electronic Banking Deductions

| Date | Amount | Description |
|---|---|---|
| 11/18 | 500.00 | Web Pmt- Payment Citi Card Online ▇▇ 4893 |
| 11/21 | 79.18 | Direct Payment - XXXXX7474 Dte Energy |
| 11/23 | 680.77 | Web Pmt- Epay Chase Credit Crd ▇▇ 7476 |
| 11/23 | 45.00 | Web Pmt- Payment Citi Card Online ▇▇ 1099 |
| 11/25 | 1,100.00 | Web Pmt- Payment Citi Card Online ▇▇ 6057 |
| 11/29 | 650.00 | Web Pmt Recur- Transfer Consumers Cu ▇▇ 9582 |
| 11/29 | 127.19 | Web Pmt- Payment Nordstrom ▇▇ 4374 |

There were 16 Online or Electronic Banking Deductions totaling $16,258.40.

Online and Electronic Banking Deductions continued on next page

# Virtual Wallet With Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

**For the period**   11/18/2022 to 12/16/2022
DAVID WINFREE
**Primary account number:** -3429
Page 3 of 3

**Account Number:** -3429 - continued

## Online and Electronic Banking Deductions   - continued

| Date | Amount | Description |
|---|---|---|
| 12/05 | 808.45 | Direct Payment - Bmwfs Pymt Bmw Bank XXXXX0443 |
| 12/06 | 1,630.44 | Web Pmt- Payment Citi Card Online 2254 |
| 12/06 | 424.83 | Web Pmt- Transfer Third Federal Sa XXXX82568 |
| 12/07 | 82.86 | Web Pmt- Web Pymt Comenity Pay Ns 4635 |
| 12/07 | 4,080.00 | Online Transfer To 1808 |
| 12/08 | 2,200.00 | Web Pmt- Payment Citi Card Online 5054 |
| 12/14 | 249.68 | Direct Payment - Payments Verizon Wireless XXXXXXXXXX0001 |
| 12/15 | 600.00 | Web Pmt- Loan Pmt Third Federal Sa 1915 |
| 12/16 | 3,000.00 | Web Pmt- Payment Citi Card Online 3220 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 11/18 | 35,148.34 | 11/28 | 40,192.96 | 12/06 | 44,631.25 | 12/13 | 38,380.64 |
| 11/21 | 34,887.01 | 11/29 | 39,415.77 | 12/07 | 40,468.39 | 12/14 | 38,130.96 |
| 11/22 | 36,018.73 | 12/01 | 41,765.00 | 12/08 | 38,268.39 | 12/15 | 39,780.19 |
| 11/23 | 35,292.96 | 12/02 | 46,469.26 | 12/12 | 38,180.64 | 12/16 | 133,980.50 |
| 11/25 | 36,192.96 | 12/05 | 46,686.52 | | | | |

Member FDIC                                   Equal Housing Lender